# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| NETROADSHOW, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION FILE NO. |
| | * | |
| v. | * | 1:23-cv-05697-ELR |
| | * | |
| LISA CARRANDI, | * | **JURY TRIAL DEMANDED** |
| | * | |
| Defendant. | * | |
| | * | |

## NETROADSHOW, INC.'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM

Plaintiff NetRoadshow, Inc., ("NetRoadshow"), by and through its undersigned counsel, moves this Court to dismiss Defendant Carrandi's Counterclaim in her Verified Answer and Counterclaim [Doc. 16] in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, NetRoadshow relies on its Brief in Support of NetRoadshow, Inc.'s Motion to Dismiss Plaintiff's Counterclaim, which is filed with this motion.

[Signature on following page]

Respectfully submitted, this 29th day of January 2024.

**KREVOLIN & HORST, LLC**

<u>*/s/ Kana A. Caplan*</u>
Kana A. Caplan
Georgia Bar No. 612805
Taylor A. Cressler
Georgia Bar No. 664099
1201 W. Peachtree Street, NW
Suite 3250, One Atlantic Center
Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)
caplan@khlawfirm.com
cressler@khlawfirm.com
*Attorneys for Plaintiff NetRoadshow, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| NETROADSHOW, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION FILE NO. |
| | * | |
| v. | * | 1:23-cv-05697-ELR |
| | * | |
| LISA CARRANDI, | * | **JURY TRIAL DEMANDED** |
| | * | |
| Defendant. | * | |
| | * | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing ***NetRoadshow, Inc.'s Motion to Dismiss Defendant's Counterclaim*** complies with the font and point selections approved by the Court in Local Rule 5.1C. This document was prepared on a computer using Times New Roman font (14 point).

This 29th day of January 2024.

> */s/ Kana A. Caplan*
> Kana A. Caplan
> Georgia Bar No. 612805
> Taylor A. Cressler
> Georgia Bar No. 664099
> *Attorneys for Plaintiff*

3

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| NETROADSHOW, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION FILE NO. |
| | * | |
| v. | * | 1:23-cv-05697-ELR |
| | * | |
| LISA CARRANDI, | * | **JURY TRIAL DEMANDED** |
| | * | |
| Defendant. | * | |
| | * | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that on this the 29th day of January, 2024, I served the following document ***NetRoadshow, Inc.'s Motion to Dismiss Defendant's Counterclaim*** with the Clerk of Court via the CM/ECF system, which will automatically send a notice of filing to all counsel of record.

This 29th day of January 2024.

                                           */s/ Kana A. Caplan*
                                           Kana A. Caplan
                                           Georgia Bar No. 612805
                                           Taylor A. Cressler
                                           Georgia Bar No. 664099
                                           *Attorneys for Plaintiff*