# **Exhibit A**

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

**NETROADSHOW, INC.**

        Plaintiff(s),

vs.

**LISA CARRANDI**

        Defendant(s).

Case No.: 2023CV389523

**AFFIDAVIT OF SERVICE**

Personally appeared before me, the undersigned officer duly authorized to administer oaths, **Clifford C. Jacobs**, who, first being duly sworn, on oath deposes and states that he/she is a citizen of the United States and 18 years of age or older and is a party having no interest in the above-styled case. Affiant further states that on **December 05, 2023 at 7:30 PM**, I personally served **LISA CARRANDI** located at **172 LAURELWOOD DR, NOVATO, CA 94949** with the following: **SUMMONS; VERIFIED COMPLAINT with EXHIBIT A; PLAINTIFFS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND MEMORANDUM OF LAW IN SUPPORT; [PROPOSED] ORDER GRANTING PLAINTIFFS MOTION FOR TEMPORARY RESTRAINING ORDER; GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM**.

Description of person process was left with:

Sex: **Female** - Skin: **White** - Hair: **Brown** - Age: **45-50** - Height: **5ft-6in** - Weight: **135 lbs**
Other: **Brownish Eyes**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _December 6, 2023_

Signed and sworn to before me on this _____ day of _____, 20____ by an affiant who is personally known to me or produced identification.

*See Attached*
Notary Public

X_____
**Clifford C. Jacobs**
Sprint Process LLC
4848 Memorial Dr, Suite D
Stone Mountain, GA 30083
855-737-8342

*3800*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Marin

Subscribed and sworn to (or affirmed) before me on this 6th day of December, 2023, by Clifford Craig Jacobs, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

BRIAN HO
Notary Public - California
Marin County
Commission # 2417620
My Comm. Expires Sep 22, 2026

(Seal)                    Signature _____