# **Exhibit B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NETROADSHOW, INC., | ) |
| | ) |
| Counterclaim Defendant, | ) |
| | ) CIVIL ACTION FILE |
| vs. | ) NO. 1:23-cv-05697-ELR |
| | ) |
| LISA CARRANDI, | ) |
| | ) |
| Counterclaimant. | ) |

### DECLARATION OF LISA CARRANDI

Pursuant to 28 U.S.C. § 1746, Lisa Carrandi declares under penalty of perjury as follows:

1.

My name is Lisa Carrandi. I am over the age of twenty-one (21) and am otherwise competent to make this declaration. All statements contained in this declaration are based on my own direct personal knowledge.

2.

Over the past two years, this lawsuit has caused both significant financial hardship and emotional distress that have affected nearly every part of my life.

1

3.

Prior to this lawsuit, I had maintained a successful 25 + year career in the financial technology and capital markets industry with an unblemished reputation. I had never faced legal issues or professional conflicts and took great pride in my long-standing relationships with clients and colleagues. My professional record reflected consistent success, integrity, and trustworthiness - qualities I have always strived for and deeply valued.

4.

The attorneys' fees incurred in my defense and in pursuit of my counterclaim are currently in excess of $220,000, and continue to mount as this case proceeds. These expenses were far beyond anything I could have anticipated and have had a major impact on my savings and financial stability.

5.

Beyond the direct costs, the lawsuit also affected my ability to work and perform at my best. I was constantly distracted and anxious, which led to a decline in my job performance. Ultimately, I left my last position at Finsight in December 2024 because the stress and trauma from this lawsuit made it difficult to focus or feel secure in my role.

6.

When I began looking for new positions, I reached the final interview stages with several companies but lost out repeatedly, often to a single remaining candidate. I later discovered that search results for my name prominently display the lawsuit, sometimes across multiple pages. This public visibility has likely impacted my job prospects and professional reputation, despite my qualifications and career track record.

7.

I estimate that between lost earnings, lost bonuses, and stalled career progression, this professional setback has cost me well over six figures in potential income and advancement opportunities.

8.

The emotional toll of this experience has been immense. I lived in constant fear that this lawsuit could destroy my career or reputation. I was anxious and on edge every day, had trouble concentrating, and often couldn't sleep. I suffered from panic attacks and found myself angry or upset much of the time, which affected my relationships with my husband, family, and friends.

9.

The ongoing stress also took a toll on my physical health. I was frequently sick, exhausted, and emotionally depleted. My doctor ordered a full blood panel, and the results showed that my cholesterol had reached dangerously high levels, which she said could be directly related to the extreme and prolonged stress I've been under. I eventually sought therapy to help me cope with this stress, but anxiety and stress have not fully subsided, and it has taken ongoing therapy and medical attention to regain stability.

10.

The financial losses, career disruption, and emotional and physical toll from this situation have been overwhelming. What I believed to be a normal career move became a two-year struggle that left me drained financially, emotionally, and physically. The lasting damage to my professional reputation, personal well-being, and health has been far greater than I ever could have imagined.

11.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12 day of November, 2025.

*Lisa Carrandi*
Lisa Carrandi