IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NETROADSHOW, INC., | ) |
| | ) |
| Counterclaim Defendant, | ) |
| | ) CIVIL ACTION FILE |
| vs. | ) NO. 1:23-cv-05697-ELR |
| | ) |
| LISA CARRANDI, | ) |
| | ) |
| Counterclaimant. | ) |

**COUNTERCLAIMANT LISA CARRANDI'S STATEMENT OF MATERIAL FACTS ABOUT WHICH THERE IS NO GENUINE ISSUE TO BE TRIED**

Pursuant to Local Rule 56.1(B), and in support of her Second Motion for Summary Judgment, Counterclaimant Lisa Carrandi submits the following concise, numbered statement of the material facts to which she contends there is no genuine issue to be tried.

1.

From May 3, 2005 until July 31, 2023, Lisa Carrandi worked for NetRoadshow, Inc. ("NRS"), a company providing internet-based management presentations, commonly referred to as electronic roadshows, for major investment banking clients. (Doc. 13-1, at ¶ 3.)

1

2.

When she accepted her job as an Account Manager in 2005, she was required to sign an Employment Agreement which included a void non-compete provision ("the Non-Compete") and a choice-of-law provision stating that "this Agreement and the rights of Company and Employee hereunder shall be governed by and construed in accordance with the laws of Georgia." (Doc. 1-1, at 23.)

3.

For the first eight years of her employment, Ms. Carrandi was a resident of New York, but in 2013 she moved to California, where she set up a home office and managed the NRS client services team remotely. (Doc. 42, at 2, 4.) Ms. Carrandi has never lived in Georgia.

4.

Ms. Carrandi resigned from NRS on July 31, 2023, and on September 5, 2023, she accepted a sales position at a financial services company called Finsight Group, Inc., with the job title Director of Business Development in the Bay Area. (Id. at 9.)

5.

On November 30, 2023, NRS sued Ms. Carrandi for her purported breach of the Non-Compete, seeking injunctive relief in addition to damages. (Doc. 1-1.)

6.

The Non-Compete that NRS attempted to enforce was void under Georgia law. (Doc. 51, at 6, 12, 13; Doc. 82, at 3, 7-8.)

7.

Ms. Carrandi was personally served with the Complaint, Motion for a Temporary Restraining Order, and supporting documents at her home in Novato, California on December 5, 2023. (A true and correct copy of the "Affidavit of Service" filed in the Superior Court of Fulton County, Georgia is attached to the Motion for Summary Judgment as "Exhibit A.")

8.

Cal. Bus. & Prof. Code § 16600.5 went into effect on January 1, 2024, giving a private right of action to California employees whose employers attempted to enforce void restrictive covenants against them, entitling them to "injunctive relief or the recovery of actual damages, or both," in addition to "reasonable attorneys' fees and costs." Cal. Bus. & Prof. Code § 16600.5(e).

9.

This case has been pending for nearly two years, and the vast majority of NRS's continuing attempts to enforce the Non-Compete occurred after Cal. Bus. & Prof. Code § 16600.5 went into effect.

10.

This litigation has had an immense personal, professional, and financial impact on Ms. Carrandi. (A true and correct copy of the Declaration of Lisa Carrandi is attached to the Motion for Summary Judgment as "Exhibit B.")

11.

Ms. Carrandi's defense and the prosecution of the Counterclaim has incurred well in excess of $200,000 in attorney's fees and litigation costs. (Id. at ¶ 4.)

12.

The litigation also had a grave impact on Ms. Carrandi's professional reputation and employment prospects. (Id. at ¶¶ 6-7, 10.) The ongoing litigation hindered her work performance and ultimately resulted in her leaving the Finsight in December 2024. (Id. at ¶ 5.)

13.

After leaving Finsight, Ms. Carrandi found it difficult to find new employment, in part because this lawsuit featured prominently in internet search results for her name. (Id. at ¶ 6.)

14.

Ms. Carrandi estimates that she has sustained well over six figures in damages resulting from lost earnings and stalled career progression. (Id. at ¶ 7.)

15.

Ms. Carrandi has suffered intense anxiety, panic attacks, and stress-related health problems that have negatively impacted her relationships with her husband, family, and friends. (Id. at ¶¶ 8-10.)

Respectfully submitted this the 13th day of November, 2025.

/s/ Mary Ellen Lighthiser
Michael D. Flint
Georgia Bar No. 264725
Mary Ellen E. Lighthiser
Georgia Bar No. 105407
*Attorneys for Lisa Carrandi*

MCCLURE & KORNHEISER, LLC
6400 Powers Ferry Road NW
Suite 150
Atlanta, GA 30339
Telephone:  (678) 388-2680
E-mail:     mflint@mcclurelegal.com
            mel@mcclurelegal.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that the foregoing brief was prepared in Times New Roman 14-point font, in compliance with Local Rule 5.1(B).

This 13th day of November, 2025.

>  */s/ Mary Ellen Lighthiser*
> Mary Ellen Lighthiser
> Georgia Bar No. 105407

MCCLURE & KORNHEISER, LLC
6400 Powers Ferry Road NW
Suite 150
Atlanta, GA 30339
Telephone:  (678) 388-2680
E-mail:    mel@mcclurelegal.com

## CERTIFICATE OF SERVICE

I certify that on November 13, 2025 I filed the within and foregoing DEFENDANT/COUNTERCLAIMANT LISA CARRANDI'S STATEMENT OF MATERIAL FACTS ABOUT WHICH THERE IS NO GENUINE ISSUE TO BE TRIED using the CM/ECF System for the federal District Court for the Northern District of Georgia, which will provide electronic service to all counsel of record, and by statutory electronic service.

This the 13th day of November, 2025.

/s/ Mary Ellen Lighthiser
Mary Ellen Lighthiser
Georgia Bar No. 105407

McClure & Kornheiser, LLC
6400 Powers Ferry Road NW
Suite 150
Atlanta, GA 30339
Telephone: (678) 388-2680
E-mail: mel@mcclurelegal.com